UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　　:

　　　　　　　　　　　　　　　　　:　　NO. 3:CR-09- ۱٧٦٢

　　　　　　　　　　　　　　　　　:

VS.　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　:

JONNELL GANTT　　　　　　　　　:

and　　　　　　　　　　　　　　　:

LAVAN BLAIR,　　　　　　　　　　:

　　　　　　　Defendants　　　　　:

**FILED
SCRANTON**

APR 0 7 2009

PER

DEPUTY CLERK

## Indictment

Introduction

At all times relevant to this Indictment,

1.　The J.P. Morgan Chase and Company in Hackettstown, New Jersey, was a "financial institution" as defined by Title 18, United States Code, Section 20, in that the deposits of that institution were insured under federal law.

2.　The J.P. Morgan Chase and Company possessed customer profiles of account holders which included the customers' names, addresses, dates of birth, and social security numbers.

### Scheme and Artifice to Defraud

Between in or about January 2009, and in or about March 2009, in Monroe County, in the Middle District of Pennsylvania, and elsewhere, the Defendants,

**JONNELL GANTT
and
LAVAN BLAIR,**

devised and intended to devise a scheme and artifice to defraud and obtain money and/or property from the J.P. Morgan Chase and Company, a financial institution, by means of false

pretenses and representations. It was part of the scheme that:

1.   The defendants and/or their co-conspirators obtained and attempted to obtain personal profiles of customers, including names, addresses, dates of birth, and social security numbers, who had accounts at J.P. Morgan Chase and Company in Hackettstown, New Jersey.

2.   The defendants and/or their co-conspirators used and attempted to use the customer profiles to create false and fraudulent identification documents, namely drivers' licenses and credit cards.

3.   The defendants and/or their co-conspirators used and attempted to use the false identification documents to fraudulently obtain and attempt to obtain money from customer accounts by withdrawing and attempting to withdraw money from such accounts.

THE GRAND JURY CHARGES:

### Count 1

The Grand Jury incorporates by reference, as though fully set forth herein, the Introduction and Scheme and Artifice to Defraud sections of this Indictment.

Between in or about January 2009, and continuing to in or about March 2009, in the Middle District of Pennsylvania, and elsewhere, the Defendants,

**JONNELL GANTT
and
LAVAN BLAIR,**

aiding and abetting each other and others, and aided and abetted by each other and others, did knowingly execute, and attempt to execute the above described scheme or artifice to:

2

(A) defraud J.P. Morgan Chase and Company, a financial institution, and

(B) obtain moneys, funds, credits, assets, securities and/or other property owned by and under the custody and control of J.P. Morgan Chase and Company, by means of false and fraudulent pretenses, representations and promises, as set forth in the Scheme and Artifice to Defraud Section of this Indictment, in that Jonnell Gantt and Lavan Blair and others, both known and unknown to the grand jury, obtained and attempted to obtain customer profiles, which were used and intended to be used to create false and fraudulent identification documents, which were used and intended to be used to obtain and attempt to obtain money, in excess of $70,000, from customer accounts.

In violation of Title 18, United States Code, Section 1344 and 1349 and 2.

THE GRAND JURY FURTHER CHARGES:

## Count 2

The Grand Jury incorporates by reference, as though fully set forth herein, the Introduction and Scheme and Artifice to Defraud sections of this Indictment.

Between in or about January 2009, and continuing to in or about March 2009, in the Middle District of Pennsylvania, and elsewhere, the Defendants,

**JONNELL GANTT
and
LAVAN BLAIR,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons, both known and unknown to the Grand Jury, to commit the following offenses against the United States, namely, to knowingly execute, and attempt to execute the above described scheme or artifice to:

(A) defraud the J.P. Morgan Chase and Company, a financial institution, and

(B) obtain moneys, funds, credits, assets, securities and/or other property owned by and under the custody and control of J.P. Morgan Chase and Company, by means of false and fraudulent pretenses, representations and promises, as set forth in the Scheme and Artifice to Defraud Section of this Indictment, in that Jonnell Gantt and Lavan Blair and others, both known and unknown to the grand jury, obtained and attempted to obtain customer profiles, which were used to create false and fraudulent identification documents, which were used to obtain and attempt to obtain money, in excess of $70,000, from customer accounts, in violation of Title 18, United States Code, Section 1344.

4

## Overt Acts

In furtherance of this conspiracy, and to effect and accomplish the objects of the conspiracy, the Defendants and/or their coconspirators did commit and cause to be committed the following overt acts, among others, in the Middle District of Pennsylvania, and elsewhere:

1. In or about January 2009 and early February 2009, on approximately four occasions, an unindicted co-conspirator obtained customer profile information from J.P. Morgan Chase and Company in Hackettstown, New Jersey.

2. In or about January 2009 and early February 2009, in Monroe County, Pennsylvania, the defendants purchased from an unindicted co-conspirator J.P.Morgan Chase and Company customer profile information.

3. On or about February 24, 2009, in Monroe County, Pennsylvania, the defendant Lavan Blair, arranged via telephone conversation to attempt to purchase and obtain customer profiles.

4. On or about February 25, 2009, in Monroe County, Pennsylvania, the defendant Lavan Blair attempted to purchase customer profiles for $300.

5. On or about March 13, 2009, in Monroe County, Pennsylvania, the defendant Jonnell Gantt attempted to purchase customer profiles for $600.

All in violation of title 18, United States Code, Section 1349.

THE GRAND JURY FURTHER CHARGES:

## Count 3

From in or about January 2009 and continuing to in or about March 2009, within the

Middle District of Pennsylvania, and elsewhere, the Defendants,

**JONNELL GANTT**
**and**
**LAVAN BLAIR,**

aiding and abetting each other and others, and aided and abetted by each other and others, did

knowingly transfer, possess and use and attempt to transfer, possess and use, in or affecting

interstate commerce, without lawful authority, the means of identification of another person, to

wit: names, dates of birth, social security numbers, and drivers license numbers, with the intent

to commit an unlawful activity that constitutes a violation of Federal law, that being bank fraud,

a violation of 18 U.S.C. § 1344, and, as a result thereof, did obtain things of value aggregating

$1,000 or more in a one- year period.

All in violation of Title 18, United States Code, Sections 1028(a)(7), (c)(3)(A), (b)(1)(D)

and (f) and 2.

THE GRAND JURY FURTHER CHARGES:

## Count 4

From in or about January 2009, and continuing to in or about March 2009, within the

Middle District of Pennsylvania, and elsewhere, the defendants,

**JONNELL GANTT**
**and**
**LAVAN BLAIR,**

aiding and abetting each other and others, and aided and abetted by each other and others, did

knowingly transfer, possess, and use, without lawful authority, the means of identification of

other persons, namely, names, dates of birth, social security numbers, and drivers license

numbers, during and in relation to bank fraud and attempted bank fraud, in violation of 18 U.S.C.

§ 1344 and 1349.

All in violation of title 18, United States Code, Section 1028A(a)(1), (c)(5) and 2.

THE GRAND JURY FURTHER CHARGES:

## Count 5

1. The allegations contained in Counts 1, 2, and 3 of this Indictment are hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(A) and 1028(b)(5).

2. Upon conviction of the offense in violation of Title 18, United States Code, Sections 1344 and 1349 set forth in Counts 1 and 2 of this Indictment, and Title 18, United States Code, Section 1028 set forth in Count 3 of this Indictment, the defendants, JONNELL GANTT and LAVAN BLAIR, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offense. The property to be forfeited includes, but is not limited to:

    a. A 2003 GMC Yukon Dinali, PA Regis. HDY-2567, VIN # 1GKEK63UX3J227958

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without

8

difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections

982(b)(1) and 1028(g), and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §§ 982(a)(2)(A) & 1028(b)(5) and 28 U.S.C. § 2461(c).

4/7/09

DATE

**A TRUE BILL** ███████████████

GRAND JURY FOREPERSON

MARTIN C. CARLSON
United States Attorney

9